NATIONAL LABOR RELATIONS BOARD *v.* CLARK'S GAMBLE CORP., DBA CLARK'S DISCOUNT DEPARTMENT STORE, ET AL.

No. 439.  Decided November 10, 1969

*Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Leonard M. Wagman* for petitioner.

*Earle K. Shawe* for respondent M. N. Landau Stores, Inc.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *NLRB* v. *Gissel Packing Co.,* 395 U. S. 575.

MR. JUSTICE DOUGLAS dissents.

## CLINTON *v.* CALIFORNIA

No. 632, Misc.  Decided November 10, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.